**Jacqueline PATTERSON, Appellant,**

v.

**ARCO MANAGEMENT OF WASHINGTON, D.C., INC., Appellee.**

**No. 98–CV–1638.**

District of Columbia Court of Appeals.

Argued March 9, 2000.
Decided June 29, 2000.

Thanos Basdekis, for appellant. Patrick M. Regan and Paul M. Higgins, Washington, DC, were on the brief for appellant.

T. Wayne Biggs, Washington, DC, for appellee. Ray L. Hanna, was on the brief for appellee.

Before SCHWELB, RUIZ, and GLICKMAN, Associate Judges.

**ORDER**

PER CURIAM:

It is ORDERED that the trial court's dismissal of appellant Jacqueline Patterson's complaint in favor of ARCO Management of Washington, D.C., Inc. is reversed on the authority of *Phalisha Stevens v.*

*ARCO Management of Washington, D.C., Inc.,* 751 A.2d 995 (D.C.2000).

FURTHER ORDERED that the case is remanded for further proceedings consistent with this order.